# NO. 12-10-00039-CR
# NO. 12-10-00040-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *MICHAEL LADALE MOORE,* *APPELLANT* | § | *APPEALS FROM THE 114TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *SMITH COUNTY, TEXAS* |

### MEMORANDUM OPINION
### PER CURIAM

Appellant pleaded guilty to unlawful possession of a firearm by a felon and tampering with physical evidence. Pursuant to a plea bargain, the trial court found Appellant guilty of both offenses and assessed punishment at imprisonment for ten years and twelve years, respectively. We have received the trial court's certification showing that these are plea bargain cases and that Appellant has no right to appeal. Accordingly, the appeals are *dismissed for want of jurisdiction*.

Opinion delivered February 10, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)